**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARA TWERSKY, *on behalf of herself and those similarly situated*,<br><br>                                        *Plaintiff,*<br><br>-against-<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>                                        *Defendant.* | **Civil Action No. 1:17-cv-00589-(KAM-RML)**<br><br>**DEFENDANT FIRSTSOURCE ADVANTAGE, LLC'S ANSWER TO AMENDED CLASS ACTION COMPLAINT**<br><br>**Trial by Jury Demanded** |

Defendant Firstsource Advantage, LLC ("Defendant") hereby answers Plaintiff Sara Twersky's ("Plaintiff") Class Action Complaint ("Complaint"), responding to the correspondingly numbered paragraphs thereof, as follows:[1]

### I.      INTRODUCTION

1.      Answering Paragraph 1 of the Complaint, Defendant admits only that Plaintiff's Complaint attempts to allege a violation of the Fair Debt Collection Practice Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").  Defendant denies any express or implied allegations of wrongdoing and deny violating the FDCPA.

2.      Answering Paragraph 2 of the Complaint, Defendant admits only that Plaintiff's Complaint attempts to allege a violation of the FDCPA.  Defendant denies any express or implied allegations of wrongdoing and deny violating the FDCPA.

3.      Answering Paragraph 3 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required.  Defendant denies these allegations to the extent they misstate the law.

### II.      PARTIES

4.      Answering Paragraph 4 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

---

[1] The Complaint's headings are repeated herein for organizational purposes only, but should be considered denied.

5.      Answering Paragraph 5 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

6.      Answering Paragraph 6 of the Complaint, Defendant admits this allegation.

7.      Answering Paragraph 7 of the Complaint, Defendant admits that it is engaged in the business of collecting certain debts.

8.      Answering Paragraph 8 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required.

### III.    JURISDICTION AND VENUE

9.      Answering Paragraph 9 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required.

10.     Answering Paragraph 10 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required.

### IV.    ALLEGATIONS

11.     Answering Paragraph 11 of the Complaint, Defendant admits only that it attempted to collect a past due account from Plaintiff.  As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

12.     Answering Paragraph 12 of the Complaint, Defendant admits this allegation.

13.     Answering Paragraph 13 of the Complaint, Defendant denies that the exhibit attached to the Complaint is likely to be misconstrued by the least sophisticated consumer, and denies that it is open to more than one reasonable interpretation.

14.     Answering Paragraph 14 of the Complaint, Defendant denies these allegations.

15.     Answering Paragraph 15 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies these allegations to the extent they misstate the law.

16.   Answering Paragraph 16 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies these allegations to the extent they misstate the law.

17.   Answering Paragraph 17 of the Complaint, Defendant denies these allegations.

18.   Answering Paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiff's state of mind, and on that basis, denies them.  Except as stated, Defendant denies these allegations.

19.   Answering Paragraph 19 of the Complaint, Defendant states that the exhibit speaks for itself.

20.   Answering Paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

21.   Answering Paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

22.   Answering Paragraph 22 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

23.   Answering Paragraph 23 of the Complaint, Defendant denies these allegations.

24.   Answering Paragraph 24 of the Complaint, Defendant denies these allegations.

25.   Answering Paragraph 25 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

26.   Answering Paragraph 26 of the Complaint, Defendant denies these allegations.

27.   Answering Paragraph 27 of the Complaint, Defendant denies these allegations.

28. Answering Paragraph 28 of the Complaint, Defendant denies these allegations.

29. Answering Paragraph 29 of the Complaint, Defendant denies these allegations.

30. Answering Paragraph 30 of the Complaint, Defendant denies these allegations.

31. Answering Paragraph 31 of the Complaint, Defendant denies these allegations.

32. Answering Paragraph 32 of the Complaint, Defendant denies these allegations.

33. Answering Paragraph 33 of the Complaint, Defendant denies these allegations.

34. Answering Paragraph 34 of the Complaint, Defendant denies these allegations.

35. Answering Paragraph 35 of the Complaint, Defendant denies these allegations.

36. Answering Paragraph 36 of the Complaint, Defendant denies these allegations.

37. Answering Paragraph 37 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

38. Answering Paragraph 38 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

39. Answering Paragraph 39 of the Complaint, Defendant is without sufficient knowledge and information to form a belief as to the truth of these allegations, and on that basis denies them.

40. Answering Paragraph 40 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

41. Answering Paragraph 41 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

42. Answering Paragraph 42 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

43. Answering Paragraph 43 of the Complaint, Defendant denies these allegations.

44. Answering Paragraph 44 of the Complaint, Defendant denies these allegations.

45. Answering Paragraph 45 of the Complaint, Defendant denies these allegations.

46. Answering Paragraph 46 of the Complaint, Defendant denies these allegations.

47. Answering Paragraph 47 of the Complaint, Defendant denies these allegations.

48. Answering Paragraph 48 of the Complaint, Defendant denies these allegations.

49. Answering Paragraph 49 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

50. Answering Paragraph 50 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

51. Answering Paragraph 51 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

52. Answering Paragraph 52 of the Complaint, Defendant denies these allegations.

53. Answering Paragraph 53 of the Complaint, Defendant denies these allegations.

54. Answering Paragraph 54 of the Complaint, Defendant denies these allegations.

55. Answering Paragraph 55 of the Complaint, Defendant states that this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies these allegations to the extent that they misstate the law.

56. Answering Paragraph 56 of the Complaint, Defendant denies these allegations.

57. Answering Paragraph 57 of the Complaint, Defendant denies these allegations.

58. Answering Paragraph 58 of the Complaint, Defendant denies these allegations.

59. Answering Paragraph 59 of the Complaint, Defendant denies these allegations.

60. Answering Paragraph 60 of the Complaint, Defendant denies these allegations.

61. Answering Paragraph 61 of the Complaint, Defendant denies these allegations.

62.    Answering Paragraph 62 of the Complaint, Defendant denies these allegations.

63.    Answering Paragraph 63 of the Complaint, Defendant denies these allegations.

64.    Answering Paragraph 64 of the Complaint, Defendant denies these allegations.

65.    Answering Paragraph 65 of the Complaint, Defendant denies these allegations.

66.    Answering Paragraph 66 of the Complaint, Defendant denies these allegations.

67.    Answering Paragraph 67 of the Complaint, Defendant denies these allegations.

68.    Answering Paragraph 68 of the Complaint, Defendant denies these allegations.

## V.    CLASS ALLEGATIONS

69.    Answering Paragraph 69 of the Complaint, Defendant admits that Plaintiff purports to bring this action on behalf of herself and on behalf of a class of similarly situated individuals pursuant to Rule 23 of the Federal Rules of Civil Procedure.  Defendant denies that any class should be certified in this action, denies that the class definition is proper, and denies that this action is appropriate for class treatment.

70.    Answering Paragraph 70 of the Complaint, Defendant denies these allegations.

71.    Answering Paragraph 71 of the Complaint, Defendant denies that any class should be certified in this action, denies that the class definition is proper, and denies that this action is appropriate for class treatment.

72.    Answering Paragraph 72 of the Complaint, Defendant denies these allegations.

73.    Answering Paragraph 73 of the Complaint, Defendant denies these allegations.

74.    Answering Paragraph 74 of the Complaint, Defendant denies these allegations.

75.    Answering Paragraph 75 of the Complaint and its subparts, Defendant denies these allegations.

76.    Answering Paragraph 76 of the Complaint, Defendant denies these allegations.

77.    Answering Paragraph 77 of the Complaint, Defendant denies these allegations.

78.    Answering Paragraph 78 of the Complaint, Defendant denies these allegations.

79.    Answering Paragraph 79 of the Complaint, Defendant denies that any class should be certified in this action, denies that the class definition is proper, and denies that this action is appropriate for class treatment.

## VI.    FIRST CAUSE OF ACTION

80.    Answering Paragraph 80 of the Complaint, Defendant incorporated by reference its responses to the above paragraphs of the Complaint as though fully set forth herein.

81.    Answering Paragraph 81 of the Complaint, Defendant denies that any class should be certified in this action, denies that the class definition is proper, and denies that this action is appropriate for class treatment.

## VII.    VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

82.    Answering Paragraph 82 of the Complaint, Defendant denies these allegations.

83.    Answering Paragraph 83 of the Complaint, Defendant denies these allegations.

84.    Answering Paragraph 84 of the Complaint, Defendant denies these allegations.

## VIII.    JURY DEMAND

85.    Answering the Jury Demand paragraph of the Complaint, this paragraph does not contain any allegations to which a response is required.

## VIV.    PRAYER FOR RELIEF

86.    Answering the prayer for relief paragraph of the Complaint, Defendant denies that Plaintiff or the putative class are entitled to any relief whatsoever.

## **AFFIRMATIVE DEFENSES**

### AS AND FOR ITS FIRST AFFIRMATIVE DEFENSE,
### FIRSTSOURCE ADVANTAGE, LLC STATES:

87.    Defendant reserves the right to compel contractual arbitration.

### AS AND FOR ITS SECOND AFFIRMATIVE DEFENSE,
### FIRSTSOURCE ADVANTAGE, LLC STATES:

88.    Plaintiff and others alleged to be members of the purported class lack standing to bring or maintain the claims asserted in the Complaint.

### AS AND FOR ITS THIRD AFFIRMATIVE DEFENSE. FIRSTSOURCE ADVANTAGE, LLC STATES:

89.    The Complaint fails to state a claim upon which relief can be granted against Defendant.

### AS AND FOR ITS FOURTH AFFIRMATIVE DEFENSE, FIRSTSOURCE ADVANTAGE, LLC STATES:

Plaintiff's claims and the claims of others alleged to be members of the purported class are barred in whole or in part by the applicable statute of limitations.

### AS AND FOR ITS FIFTH AFFIRMATIVE DEFENSE, FIRSTSOURCE ADVANTAGE, LLC STATES:

90.    Plaintiff and others alleged to be members of the purported class are barred from obtaining the relief sought in the Complaint by the doctrines of estoppel, waiver, unclean hands, laches, and/or other equitable doctrines.

### AS AND FOR ITS SIXTH AFFIRMATIVE DEFENSE, FIRSTSOURCE ADVANTAGE, LLC STATES:

91.    Defendant expressly reserves any defenses under any applicable laws of other jurisdictions, in accordance with applicable choice of law rules.

### AS AND FOR ITS SEVENTH AFFIRMATIVE DEFENSE, FIRSTSOURCE ADVANTAGE, LLC STATES:

92.    Plaintiff's claims and the claims of others alleged to be members of the purported class are barred in whole or in part because they have failed to mitigate their alleged damages, if any.

### AS AND FOR ITS EIGHTH AFFIRMATIVE DEFENSE, FIRSTSOURCE ADVANTAGE, LLC STATES:

93.    Plaintiff's claims and the claims of others alleged to be members of the purported class are barred in whole or in part because Plaintiff and others alleged to be members of the purported class consented to, ratified, or acquiesced in all of the alleged acts or omissions of which they complain.

### AS AND FOR ITS NINTH AFFIRMATIVE DEFENSE, FIRSTSOURCE ADVANTAGE, LLC STATES:

94.    Defendant's conduct was privileged and/or justified.

**AS AND FOR ITS TENTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

95.     Plaintiff's claims and the claims of others alleged to be members of the purported class may be barred because the acts or omissions alleged in the Complaint have been approved and/or mandated, implicitly or expressly, by applicable statutes and regulations.

**AS AND FOR ITS ELEVENTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

96.     Plaintiff's claims and the claims of others alleged to be members of the purported class may be barred because Defendant at all times complied in good faith with all applicable statutes and regulations, including the FDCPA and other relevant laws, thus precluding any recovery by Plaintiff against Defendant.

**AS AND FOR ITS TWELFTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

97.     The Complaint is barred, in whole or in part, because any alleged acts or omissions of Defendant giving rise to Plaintiff's claims, if any, were the result of an innocent mistake and/or bona fide error notwithstanding reasonable procedures implemented by Defendant to avoid any such acts or omissions.  Defendant at all times acted in a reasonable manner in connection with the transactions at issue in this action.

AS AND FOR ITS **THIRTEENTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

98.     Any harm alleged in the Complaint can be attributed to several causes, and the damages for this harm, if any, should be apportioned among the various causes according to the contribution of each cause to the harm sustained.

**AS AND FOR ITS FOURTEENTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

99.     If Plaintiff or others alleged to be members of the purported class suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of others, and not by Defendant.

9

**AS AND FOR ITS FIFTEENTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

100.    If Plaintiff or others alleged to be members of the purported class suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the intervening acts of others, and not by Defendant.

**AS AND FOR ITS SIXTEENTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

101.    Should Plaintiff prevail against Defendant, Defendant's liability is several and limited to its own actionable segment of fault, if any.

**AS AND FOR ITS SEVENTEENTH AFFIRMATIVE DEFENSE,
FIRSTSOURCE ADVANTAGE, LLC STATES:**

102.    Defendant specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during any further discovery proceedings of this case, and hereby reserve the right to amend this Answer and assert such defenses.

**WHEREFORE**, Defendant prays for judgment as follows:

1.    That Plaintiff takes nothing by reason of the Complaint;

2.    For its costs of suit herein;

3.    For attorneys' fees according to proof; and

4.    For such other and further relief as this Court may deem just and proper.

Dated: New York, New York
        June 26, 2017

                              Respectfully submitted,

                    By:    *Howard A. Fried*
                          _____
                          Howard A. Fried, Esq. (HF2114)
                          SEGAL McCAMBRIDGE SINGER &
                          MAHONEY, LTD.
                          *Attorneys for Defendant*
                          **FIRSTSOURCE ADVANTAGE, LLC**
                          850 Third Avenue, Suite 1100
                          New York, NY 10022
                          212-651-7500

10

To:

David Palace, Esq. (DP 3855)
LAW OFFICE OF DAVID PALACE
*Attorneys for Plaintiff*
**SARA TWERSKY**
383 Kingston Ave. #113
Brooklyn, New York 11213
(347) 651-1077